J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY N. BOICE, JR., | Case No. 2:24-01963 FMO (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed with prejudice.

DATED: December 4, 2025

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
United States District Judge